COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Raymond Jackson v. The State of Texas

Appellate case number:     01-21-00360-CR

Trial court case number:    1520691

Trial court:                          184th District Court of Harris County

Appellant, Raymond Jackson, timely filed a notice of appeal from the trial court's June 29, 2021 Judgment of Conviction by Jury.  Appellant's brief was initially due to be filed by September 23, 2021.  *See* TEX. R. APP. P. 38.6(a).  The deadline for the filing of appellant's brief has been extended three times.  On November 29, 2021, appellant's court-appointed appellate counsel filed a third motion to extend time to file an appellant's brief.  The third motion for extension was granted, extending the deadline for the filing of appellant's brief to December 27, 2021.  In our order granting the third motion to extend, we advised appellant that the failure to file a brief by the extended deadline may result in the abatement of the appeal for the trial court to hold a hearing to make findings regarding the delay in the filing of appellant's brief.

Despite our notice to appellant, on December 22, 2021, appellant's court-appointed appellate counsel filed a fourth motion to extend time to file brief, requesting that we extend the deadline for filing appellant's brief to January 6, 2022.

Appellant's fourth motion to extend time to file brief is **granted**.  Appellant's brief is due to be filed **no later than January 6, 2022**.  The failure to file a brief by January 6, 2022, or the filing of a fifth motion to extend time to file brief, will result in the appeal being abated for a hearing to be conducted by the trial court to determine:

(1) whether appellant wishes to prosecute the appeal;

(2) if appellant wishes to prosecute the appeal, whether good cause exists to relieve appellant's court-appointed appellate counsel of their duties as appellant's counsel;

(3) if good causes exists, enter a written order relieving appellant's court-appointed appellate counsel of their duties as appellant's counsel on appeal, including in

the order the basis for the finding of good cause, and appoint substitute counsel at no expense to appellant; and

(4) make any other findings and recommendations the trial court deems appropriate.

*See* TEX. CODE. CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1), 26.04(j)(2); TEX. R. APP. P. 38.8(b).

It is so ORDERED.


Judge's signature: ____/s/ Amparo Guerra_____
                       ☑ Acting individually    ☐ Acting for the Court

Date: ___December 28, 2021_____